IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VELVIA ANN GILCHRIST | : | |
| | : | |
| v | : | CIVIL ACTION NO. 13-2038 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : : : | |

# O R D E R

AND NOW, this  24th  day of  September , 2014, upon consideration of Plaintiff's Motion For Summary Judgment and the Brief in Support of Claim (ECF No. 10, Defendant's Response thereto (ECF No. 11), and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is **ORDERED** that:

1. The Report and Recommendation are **APPROVED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment is **DENIED**.

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY AND AGAINST PLAINTIFF VELVIA ANN GILCHRIST.**

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**